[No. 4730–0–III. Division Three. December 16, 1982.]

VERNON NEEL, *Respondent,* v. ALLEN THORN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Chelan County, No. 34314, Fred Van Sickle, J., entered August 10, 1981. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4741–5–III. Division Three. December 16, 1982.]

FRED W. ALKIRE, ET AL, *Appellants,* v. LOYAL D. JAMISON, SR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–2–00882–9, W. R. Cole, J., entered August 10, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.

[No. 4455–6–III. Division Three. December 16, 1982.]

WILLIAM MAHAR, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–02900–7, Philip J. Thompson, J., entered February 25, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.